IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MINOR MCNEIL                                                                                         PLAINTIFF

VS.                                             4:19-CV-00104-BRW

UNIVERSITY OF ARKANSAS FOUNDATION, *et al.*                          DEFENDANTS

**ORDER**

Plaintiff filed a complaint "for forced labor in violation of Thirteenth Amendment; for violation of constitutionally protected rights under color of state law, and for common law conversion."[1] His "First Amended Complaint Pleading Special Matters of Congressional Intent," filed on February 25, 2019, mentions treason.[2] It appears to me that Plaintiff is upset that Defendants, his employers, are garnishing his wages pursuant to an IRS lien, as they are required to do. Plaintiff's state-court case, with one less Defendant but involving the same issues, was dismissed with prejudice.[3]

For reasons including, but not limited to, failure to state a claim, *Rooker-Feldman*,[4] and immunity, the Motions to Dismiss (Doc. Nos. 8, 13)[5] are GRANTED. I decline to retain jurisdiction over the state law claims, assuming there are any. This case is DISMISSED.

IT IS SO ORDERED this 5th day of March, 2019.

                                                 Billy Roy Wilson_____
                                                 UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.

[2] Doc. No. 12.

[3] See *McNeil v. Univ. of Arkansas Medical Sciences, et al*, Case No. 60CV-18-6811.1 (Pulaski Co. Ark. 2018), Order filed January 24, 2019.

[4] Under *Rooker-Feldman*, federal courts, other than the United States Supreme Court, do not have subject matter jurisdiction to hear challenges to state court judgments. If a "federal claim succeeds only to the extent that the state court wrongly decided the issue before it," the claim may not be heard by the federal court. *Lemonds v. St. Louis County*, 222 F.3d 488, 492 (8th Cir. 2000).

[5] Plaintiff filed a response March 5, 2019 (Doc. No. 16).